IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02646-REB-MEH

B & R PLASTICS, INC., a Colorado corporation,

    Plaintiff,

v.

KIKKERLAND DESIGN, INC., a New York domestic business corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 9, 2009.**

    The Joint Motion for Entry of Agreed Protective Order [filed July 8, 2009; docket #48] is **denied without prejudice**, and the proposed Agreed Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. If the parties choose to file a revised protective order, they are directed to provide this Court (via email) with a copy of the proposed order in useable format (Word, Word Perfect).