IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02646-REB-MEH

B & R PLASTICS, INC., a Colorado corporation,

    Plaintiff,

v.

KIKKERLAND DESIGN, INC., a New York domestic business corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 10, 2009.**

    The Agreed Motion to Extend Procedural Deadlines Contained in the Scheduling Order [filed August 10, 2009; docket #59] is **granted in part and denied in part**. To ensure that the trial and all pretrial conferences occur as scheduled in this case, the Court will allow the following extensions:

| | |
|---|---|
| Initial expert disclosure: | November 10, 2009 |
| Rebuttal expert disclosure: | December 10, 2009 |
| Discovery cutoff: | January 11, 2010 |
| Dispositive motions due: | February 1, 2010 |

All other deadlines and conference dates shall remain the same. No further extensions of time will be granted absent a showing of exceptional cause.