IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02646-REB-MEH

B & R PLASTICS, INC., a Colorado corporation,

    Plaintiff,

v.

KIKKERLAND DESIGN, INC., a New York domestic business corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 3, 2009.**

    In light of the filing of an amended motion, Plaintiff's Motion to Amend Complaint [filed September 2, 2009; docket #63] is **denied as moot**. Defendant shall file a response to Plaintiff's Amended Motion to Amend Complaint [docket #65] in accordance with D.C. Colo. LCivR 7.1C.