IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02646-REB-MEH

B & R PLASTICS, INC., a Colorado corporation,

    Plaintiff,

v.

KIKKERLAND DESIGN, INC., a New York domestic business corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 18, 2009.**

    Although unopposed,[1] Plaintiff's Amended Motion to Amend Complaint [filed September 2, 2009; docket #65] is **denied without prejudice**. In the motion, Plaintiff failed to address the "good cause" standard under Fed. R. Civ. P. 16(b)(4) for filing the motion outside of the deadline set forth in the Scheduling Order, and failed to address the requirements of Fed. R. Civ. P. 19 or 20 for joinder of parties. Without such information, this Court cannot determine whether "justice so requires" allowing the amendments.

---

[1] *See* docket #69.