IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02646-REB-MEH

B & R PLASTICS, INC., a Colorado corporation,

    Plaintiff,

v.

KIKKERLAND DESIGN, INC., a New York domestic business corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 19, 2009.**

    Plaintiff's unopposed Second Motion to Amend Complaint [filed October 16, 2009; docket #74] is **denied without prejudice**. The Plaintiff has argued for joinder of additional defendants under an incorrect rule; without the proper analysis, the Court cannot determine whether "justice so requires" allowing the amendments. Therefore, the Court will once more allow the Plaintiff to re-file the motion using the proper standard(s).