IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02646-REB-MEH

B & R PLASTICS, INC., a Colorado corporation,

      Plaintiff,

v.

KIKKERLAND DESIGN, INC., a New York domestic business corporation,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 9, 2009.**

      The Joint Motion to Amend Scheduling Order [filed November 6, 2009; docket #84] is **denied** for lack of good cause.  The Court's order on the Motion to Amend Complaint, noting the requirement for amendment of the Scheduling Order, referred only to the necessity to amend the deadline for joinder of parties and amendment of pleadings, since the Motion to Amend Complaint was filed outside the deadline.

      All other deadlines, conference dates and trial-related dates in this case shall remain the same, unless the parties demonstrate good cause to amend them.