IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02646-REB-MEH

B & R PLASTICS, INC., a Colorado corporation,

      Plaintiff,

v.

KIKKERLAND DESIGN, INC., a New York domestic business corporation,
BED, BATH & BEYOND, INC., a New York domestic business corporation,
BED, BATH & BEYOND, INC., a New York corporation,
LTD COMMODITIES, LLC, a foreign LLC, d/b/a/ ABC Distributing,
THE HOME DEPOT, INC., a Delaware corporation,
CRATE & BARREL HOLDINGS, INC., a Nebraska corporation,
THE AFTERNOON, INC., a Nebraska corporation,
YOLK INDUSTRIES, a California corporation,
AMAZON.COM, INC., a Delaware corporation,
QVC, INC., a Delaware corporation, a subsidiary of Liberty Mutual Corporation,
GARY URDANG, an individual and d/b/a Always Something Brilliant,
THE SPORTSMAN'S GUIDE, INC., a Minnesota corporation,
CARMEL BAY COMPANY, a California corporation, and
METRO MARKET SALES, INC., a New York corporation,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 30, 2009.**

      Defendant Kikkerland Design's Agreed Motion to Answer the Amended Complaint [filed November 25, 2009; docket #90] is **granted** to the extent that any new Defendant requesting defense and indemnification from Kikkerland Design shall file an answer or other response to the Amended Complaint on or before December 15, 2009.