IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02646-REB-MEH

B & R Plastics, Inc., a Colorado corporation,
    Plaintiff,

v.

Kikkerland Design, Inc., a New York domestic business corporation,
Bed, Bath & Beyond, Inc., a New York corporation,
LTD Commodities, LLC, a foreign LLC, d/b/a ABC Distributing,
The Home Depot, Inc., a Delaware corporation,
Crate & Barrel Holdings, Inc., a Nebraska corporation,
The Afternoon, Inc., a Nebraska corporation,
Yolk Industries, a California corporation,
Amazon.com, Inc., a Delaware corporation,
QVC, Inc., a Delaware corporation, a subsidiary of
Liberty Mutual Corporation, a Delaware corporation,
Gary Urdang, an individual and doing business as Always Something Brilliant,
The Sportsman's Guide, Inc., a Minnesota corporation,
Carmel Bay Company, a California corporation, and
Metro Market Sales Inc., a New York corporation,
    Defendants.

## ENTRY OF APPEARANCE

To:  Clerk of the United States District Court for the District of Colorado.

    You are hereby requested to enter my appearance as counsel on behalf of the Defendant Crate & Barrel Holdings, Inc., in the above noted action pursuant to D.C. COLO.LCivR. 11.1(A).

Dated this 4th day of December 2009.

          SHERMAN & HOWARD L.L.C.
          *(Duly signed original on file at the offices of Sherman & Howard LLC)*

By: s/ Paul F. Lewis_____
    Paul F. Lewis, Esq. (#14183)
    90 South Cascade Avenue, Suite 1500
    Colorado Springs, CO  80903
    Tel: (719)448-4058;
    Fax: (719)635-4576
    E-mail:  plewis@sah.com

Attorneys for Grate & Barrel Holdings, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December 2009, I electronically filed a copy of the foregoing **ENTRY OF APPEARANCE**, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Erik G. Fischer, efischer@fischerandfischerlaw.com
William W. Cockran, billc@patentlegal.com

*Attorneys for Plaintiff and Counter Defendant B & R Plastics, Inc.*

Glenn H. Lenzen, Jr., glenzen@polsinelli.com
Michael D. Murphy, mmurphy@stklaw.com

*Attorneys for Defendant and Counter Claimant Kikkerland Design, Inc.*

s/ Joyce Chase_____
*(Duly signed original on file at the offices of Sherman & Howard LLC)*

2