IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02646-REB-MEH

B & R Plastics, Inc., a Colorado corporation,

Plaintiff,

v.

Kikkerland Design, Inc., a New York domestic business corporation,
Bed, Bath & Beyond, Inc., a New York corporation,
LTD Commodities, LLC, a foreign LLC, d/b/a ABC Distributing,
The Home Depot, Inc. a Delaware corporation,
Crate & Barrel Holdings, Inc., a Nebraska corporation,
The Afternoon, Inc., a Nebraska corporation,
Yolk Industries, a California corporation,
Amazon.com, Inc., a Delaware corporation,
QVC, Inc., a Delaware corporation, a subsidiary of
Liberty Mutual Corporation, a Delaware corporation,
Gary Urdang, an individual and doing business as Always Something Brilliant,
The Sportsman's Guide, Inc., a Minnesota corporation,
Carmel Bay Company, a California corporation, and
Metro Market Sales Inc., a New York corporation,

Defendants.

## PLAINTIFF'S ANSWER TO DEFENDANT, KIKKERLAND DESIGN, INC.'S, COUNTERCLAIMS

COMES NOW Plaintiff, B & R Plastics, Inc., by and through its counsel, Erik G. Fischer, P.C., and for its Answer to Defendant, Kikkerland Design, Inc.'s, Counterclaims, states as follows:

1.  Paragraph 1 of Defendant's Counterclaims does not require a response, however, to the extend it does, Plaintiff denies same.

2.  Plaintiff admits the allegations contained in Paragraph 2 of Defendant's Counterclaims.

3. Plaintiff admits the allegations contained in Paragraph 3 of Defendant's Counterclaims.

4. Plaintiff admits the allegations contained in Paragraph 4 of Defendant's Counterclaims.

5. Plaintiff admits the allegations contained in Paragraph 5 of Defendant's Counterclaims.

6. Plaintiff admits the allegations contained in Paragraph 6 of Defendant's Counterclaims.

7. Plaintiff admits the allegations contained in Paragraph 7 of Defendant's Counterclaims.

8. Plaintiff admits the allegations contained in Paragraph 8 of Defendant's Counterclaims.

9. Plaintiff denies the allegations contained in Paragraph 9 of Defendant's Counterclaims.

10. Paragraph 10 of Defendant's Counterclaims does not require a response, however, to the extend it does, Plaintiff denies same.

11. Plaintiff admits the allegations contained in Paragraph 11 of Defendant's Counterclaims.

12. Plaintiff denies the allegations contained in Paragraph 12 of Defendant's Counterclaims.

13. Plaintiff denies the allegations contained in Paragraph 13 of Defendant's Counterclaims.

14. Plaintiff denies the allegations contained in Paragraph 14 of Defendant's Counterclaims.

15. Plaintiff denies the allegations contained in Paragraph 15 of Defendant's Counterclaims.

16. Paragraph 16 of Defendant's Counterclaims does not require a response, however, to the extend it does, Plaintiff denies same

17. Plaintiff admits the allegations contained in Paragraph 17 of Defendant's Counterclaims.

18. Plaintiff denies the allegations contained in Paragraph 18 of Defendant's Counterclaims.

19. Plaintiff denies the allegations contained in Paragraph 19 of Defendant's Counterclaims.

20. Plaintiff denies the allegations contained in Paragraph 20 of Defendant's Counterclaims.

21. Plaintiff denies the allegations contained in Paragraph 21 of Defendant's Counterclaims.

WHEREFORE, Plaintiff requests that all Counterclaims be dismissed with prejudice, and that Plaintiff be granted attorney fees and costs, and all other relief available pursuant to statute.

Dated this 8th day of December, 2009.

             Respectfully submitted,

             ***ERIK G. FISCHER, P.C.***


             s/ *Erik G. Fischer*
             Erik G. Fischer, #16856
             Erik G. Fischer, P.C.
             125 S. Howes Street, Suite 900
             Fort Collins, CO 80521
             Telephone: (970) 482-4710
             Facsimile: (970) 482-4729
             efischer@egfpclaw.com


             ***Cochran, Freund & Young, LLC***


             /s/ William Wallace Cochran, II
             William Wallace Cochran, II
             Cochran, Freund & Young, LLC
             2026 Caribou Drive - Suite 201
             Fort Collins, CO 80525
             Telephone: (970) 492-1100
             Facsimile: (970) 492-1101
             billc@patentlegal.com
             *Co-Counsel for Plaintiff*


## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 8th day of December, 2009, a true and correct copy of the foregoing **PLAINTIFF'S ANSWER TO DEFENDANT, KIKKERLAND DESIGN, INC.'S, COUNTERCLAIMS** was e-served with notice e-mailed to the following:

Glenn H. Lenzen
Polsinelli Shughart, P.C.
1550 Wynkoop, Suite 600
Denver, CO 80202-1130
glenzen@polsinelli.com
*Attorney for Defendant, Kikkerland Design, Inc.*

Paul F. Lewis
Sherman & Howard, L.L.C.
90 South Cascade Avenue - Suite 1500
Colorado Springs, CO 80903
plewis@sah.com
*Attorney for Defendant, Crate & Barrell Holdings, Inc.*

Stewart McNab
Carver Schwartz McNab & Bailey, LLC
1600 Stout Street - Suite 1700
Denver, CO 80202
smcnab@cksmb.com
*Attorney for Defendant, The Sportsman's Guide, Inc.*

/s/Deborah A. Bishop
Deborah A. Bishop
Erik G. Fischer, P.C.
125 South Howes Street - Suite 900
Fort Collins, Colorado 80521
(970) 482-4710
(970) 482-4729 (Fax)
dbishop@egfpclaw.com