IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02646-REB-MEH

B & R PLASTICS, INC., a Colorado corporation,

    Plaintiff,

v.

KIKKERLAND DESIGN, INC., a New York domestic business corporation,
BED, BATH & BEYOND, INC., a New York domestic business corporation,
BED, BATH & BEYOND, INC., a New York corporation,
LTD COMMODITIES, LLC, a foreign LLC, d/b/a/ ABC Distributing,
THE HOME DEPOT, INC., a Delaware corporation,
CRATE & BARREL HOLDINGS, INC., a Nebraska corporation,
THE AFTERNOON, INC., a Nebraska corporation,
YOLK INDUSTRIES, a California corporation,
AMAZON.COM, INC., a Delaware corporation,
QVC, INC., a Delaware corporation, a subsidiary of Liberty Mutual Corporation,
GARY URDANG, an individual and d/b/a Always Something Brilliant,
THE SPORTSMAN'S GUIDE, INC., a Minnesota corporation,
CARMEL BAY COMPANY, a California corporation, and
METRO MARKET SALES, INC., a New York corporation,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 17, 2009.**

    Defendant Kikkerland's Unopposed Motion for Clarification re: Stay of Deadlines Pending Determination of Status [filed December 15, 2009; docket #116] is **granted**.  The temporary stay of proceedings until December 18, 2009, includes all deadlines in this matter.