**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-02646-REB-MEH

B & R PLASTICS, INC., a Colorado corporation,

      Plaintiff,

v.

KIKKERLAND DESIGN, INC., a New York domestic business corporation, et al.

      Defendants.

---

**ORDER OF ADMINISTRATIVE CLOSURE**

---

**Blackburn, J.**

      The matter before me is the **Stipulated Motion To Administratively Close Case** [#121] filed December 22, 2009.   After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be closed administratively.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulated Motion To Administratively Close Case** [#121] filed December 22, 2009, is **GRANTED**;

      2.  That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause;

      3.  That all extant deadlines set in this case are **VACATED**; and

      4.  That all hearings set in this case, including the final pretrial conference set for March 22, 2010, at 9:45 a.m., the trial preparation conference, set for June 4, 2010, at 9:30 a.m., and the trial, set for June 21, 2010, at 8:30 a.m., are **VACATED**.

Dated January 7, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge