# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 08-cv-02646-REB-MEH

B & R PLASTICS, INC., a Colorado corporation,

    Plaintiff,

v.

KIKKERLAND DESIGN, INC., a New York domestic business corporation, et al.,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on **Kikkerland Design, Inc.'s <u>Motion To File its Response To B&R's Motion To Dismiss and the Exhibits Out of Time and Under Seal</u>** [#149] filed August 12, 2010. The motion is **GRANTED** in part. The request to file the response out time is granted and **Defendant Kikkerland Design, Inc.'s Response To Plaintiff's Motion To Dismiss** [#150] is accepted for filing. Counsel for defendant Kikkerland is directed to file a separate motion to seal in respect to sealing this response.

    Dated: August 13, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.