**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-02646-REB-MEH

B & R PLASTICS, INC., a Colorado corporation,

    Plaintiff,

v.

KIKKERLAND DESIGN, INC., a New York domestic business corporation, et al.,

    Defendants.

## ORDER

**Blackburn, J.**

The matter is before me on the **Joint Stipulation Regarding Service of Counter-Claimant Kikkerland Design, Inc's Amended Counterclaims Filed Under Seal and Request For Court Approval** [#166] filed April 5, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation Regarding Service of Counter-Claimant Kikkerland Design, Inc's Amended Counterclaims Filed Under Seal and Request For Court Approval** [#166] filed April 5, 2011, is **APPROVED**;

2. That the counter-claimant, Kikkerland Design, Inc., **MAY SERVE** its amended counterclaims, excluding concomitant exhibits, on the newly-named counter-defendants; and

     3. That the exhibits to the amended counterclaims **MAY BE SERVED** on each newly-named counter-defendant following such counter-defendant's execution of the **Agreed Protective Order** [#56] entered July 15, 2009.

     Dated April 11, 2011, at Denver, Colorado.

                                 **BY THE COURT:**

                                 */s/ Robert E. Blackburn*
                                 Robert E. Blackburn
                                 United States District Judge