IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02646-REB-MEH

KIKKERLAND DESIGN, INC., a New York domestic business corporation,

    Counter Claimant,

v.

B & R PLASTICS, INC., a Colorado corporation,
REED HENSCHEL, an individual,
BRADLEY EVELETH, an individual,
FOLDZ LLC, a South Dakota limited liability company,
TOWER STOOLS, LLC, a South Dakota limited liability company,

    Counter Defendants;

REED HENSCHEL, an individual,
BRADLEY EVELETH, an individual, and
FOLDZ LLC, a South Dakota limited liability company,
TOWER STOOLS, LLC, a South Dakota limited liability company,

    Counter Claimants,

v.

KIKKERLAND DESIGN, INC., a New York domestic business corporation,

    Counter Defendant;

B & R PLASTICS, INC., a Colorado corporation,

    Cross/Counter Claimant,

v.

REED HENSCHEL, an individual,
BRADLEY EVELETH, an individual,
FOLDZ LLC, a South Dakota limited liability company, and
TOWER STOOLS, LLC, a South Dakota limited liability company,

    Cross/Counter Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 13, 2011.**

      Having no objections and in the interest of justice, the Court will **grant** Counter Claimant Kikkerland Design, Inc.'s Unopposed Motion for Leave to Amend Counterclaims [filed July 11, 2011; docket #218]. The Counter Claimant shall file with the Court its Second Amended Counterclaims (*see* docket #218-1) without the reference page marked "Exhibit 1" on or before July 15, 2011. Counter Defendants shall file a response to the Second Amended Counterclaims in accordance with Fed. R. Civ. P. 15(a).