IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 08-cv-02646-REB-MEH

KIKKERLAND DESIGN, INC., a New York domestic business corporation,

    Counter Claimant,

v.

B & R PLASTICS, INC., a Colorado corporation,
REED HENSCHEL, an individual,
BRADLEY EVELETH, an individual,
FOLDZ LLC, a South Dakota limited liability company, and
TOWER STOOLS, LLC, a South Dakota limited liability company,

    Counter Defendants;

REED HENSCHEL, an individual,
BRADLEY EVELETH, an individual,
FOLDZ LLC, a South Dakota limited liability company, and
TOWER STOOLS, LLC, a South Dakota limited liability company,

    Counter Claimants,

v.

KIKKERLAND DESIGN, INC., a New York domestic business corporation,

    Counter Defendant;

B & R PLASTICS, INC., a Colorado corporation,

    Cross/Counter Claimant,

v.

REED HENSCHEL, an individual,
BRADLEY EVELETH, an individual,
FOLDZ LLC, a South Dakota limited liability company, and
TOWER STOOLS, LLC, a South Dakota limited liability company,

    Cross/Counter Defendants.

___

## ORDER RE: PROTECTIVE ORDER
___

The Court, having considered the parties' request at the Rule 16 Scheduling Conference, held on June 30, 2011, that the Protective Order previously entered in this case (docket #56) be extended to include the newly added Counter Defendants Bradley Eveleth, Reed Henschel, Foldz, LLC and Tower Stools, LLC, and being fully advised in the premises of that request, hereby orders that Protective Order (docket #56) is extended to include Counter Defendants Bradley Eveleth, Reed Henschel, Foldz, LLC and Tower Stools, LLC.

Dated this 14th day of July, 2011, in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge