IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02646-REB-MEH

KIKKERLAND DESIGN, INC., a New York domestic business corporation,

    Counter Claimant,

v.

B & R PLASTICS, INC., a Colorado corporation,
REED HENSCHEL, an individual,
BRADLEY EVELETH, an individual,
FOLDZ LLC, a South Dakota limited liability company,
TOWER STOOLS, LLC, a South Dakota limited liability company,

    Counter Defendants;

REED HENSCHEL, an individual,
BRADLEY EVELETH, an individual, and
FOLDZ LLC, a South Dakota limited liability company,
TOWER STOOLS, LLC, a South Dakota limited liability company,

    Counter Claimants,

v.

KIKKERLAND DESIGN, INC., a New York domestic business corporation,

    Counter Defendant;

B & R PLASTICS, INC., a Colorado corporation,

    Cross/Counter Claimant,

v.

REED HENSCHEL, an individual,
BRADLEY EVELETH, an individual,
FOLDZ LLC, a South Dakota limited liability company, and
TOWER STOOLS, LLC, a South Dakota limited liability company,

    Cross/Counter Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 29, 2011.**

In the interest of justice and having no objections, the Court will **grant** Counter Defendant/Cross Claimant B&R Plastic's Unopposed Motion for Leave to Amend Cross-Claims [filed August 26, 2011; docket #233]. B&R Plastic is directed to file its First Amended Cross-Claims (docket #233-1) absent the "Exhibit A" label with the Court on or before August 31, 2011. Cross Defendants shall file an answer or other response to the amended cross claims in accordance with Fed. R. Civ. P. 15(a) and all applicable rules.