IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 08-cv-02646-RBJ-MEH

KIKKERLAND DESIGN, INC., a New York domestic business corporation,

    Counter Claimant,

v.

B & R PLASTICS, INC., a Colorado corporation,

    Counter Defendant/Cross Claimant,

v.

REED HENSCHEL, an individual,
BRADLEY EVELETH, an individual,
FOLDZ LLC, a South Dakota limited liability company, and
TOWER STOOLS, LLC, a South Dakota limited liability company,

    Counter Defendants/Cross Claimants

---

## MINUTE ORDER REGARDING DOCKET #279

---

Entered by Judge R. Brooke Jackson

    The Court has reviewed the Stipulated Motion of Counterclaim Defendants Reed Henschel, Bradley Eveleth, Foldz, LLC and Tower Stools, LLC for Dismissal of Patent Infringement Claims of U.S. Patent No. D460,566 as to Counterclaimant Kikkerland Design, Inc. and Stipulated Motion of Counterclaimant Kikkerland Design, Inc. for Dismissal of Declaratory Judgment Claim for Non-infringement of U.S. Patent No. D460,566 as to Counterclaim Defendants Reed Henschel, Bradley Eveleth, Foldz, LLC and Tower Stools, LLC., [Docket 279]. The stipulations are granted with prejudice. Each party to bear its own attorney's fees and costs.

    DATED this 25th day of January, 2012.