IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 08-cv-02646-RBJ-MEH

KIKKERLAND DESIGN, INC., a New York domestic business corporation,

    Counter Claimant,

v.

B & R PLASTICS, INC., a Colorado corporation,
REED HENSCHEL, an individual,
BRADLEY EVELETH, an individual,
FOLDZ LLC, a South Dakota limited liability company, and
TOWER STOOLS, LLC, a South Dakota limited liability company,

    Counter Defendants;

REED HENSCHEL, an individual,
BRADLEY EVELETH, an individual,
FOLDZ LLC, a South Dakota limited liability company, and
TOWER STOOLS, LLC, a South Dakota limited liability company,

    Counter Claimants,

v.

KIKKERLAND DESIGN, INC., a New York domestic business corporation,

    Counter Defendant;

B & R PLASTICS, INC., a Colorado corporation,

    Cross/Counter Claimant,

v.

REED HENSCHEL, an individual,
BRADLEY EVELETH, an individual,
FOLDZ LLC, a South Dakota limited liability company, and
TOWER STOOLS, LLC, a South Dakota limited liability company,

    Cross/Counter Defendants.

_____
**JOINT CLAIM CONSTRUCTION STATEMENT**
_____

Counter Claimant Kikkerland Design, Inc. ("Kikkerland"), Counter Defendant B&R Plastics, Inc. ("B&R") and Counter Defendants Bradley Eveleth, Foldz LLC, Reed Henschel and Tower Stools, LLC (collectively, the "Inventors") respectfully offer the following joint claim construction statement for the *Markman* hearing scheduled for March 8, 2012 at 8:30 a.m. regarding United States Patent No. 7,905,184.

**The Inventors' Proposed Claim Construction**

| Term | Definition | Support |
|---|---|---|
| Shelf | A horizontal surface a distance from the floor to hold objects. | Webster's Ninth New Collegiate Dictionary, © 1985, p. 1084.<br><br>Specification: Abstract; col. 2, lines 39-41; col. 14, line 62 – col. 15, line 18.<br><br>Reference No. 360, Figs. 23, 25. |
| Step | A rest for the foot, including a horizontal lower edge of an aperture of varying width and depth. | Webster's Ninth New Collegiate Dictionary, © 1985, p. 1155.<br><br>Specification: col 2, lines 33-44; col. 9, lines 28-51; Fig. 6.<br><br>Reference Nos. 98 and 102; and Figs. 7 and 17, Reference No. 260. |
| Edge | A border where an object or area begins or ends. | Webster's Ninth New Collegiate Dictionary, © 1985, p. 396.<br><br>Specification: col. 2, lines 6-29; col. 8, lines 16-39; col. 9, lines 28-51; col. 10, lines 3-8; col. 11, line 55 – col. 12, line 2; col. 17, line 65 – col. 18, line 4.<br><br>Reference Nos. 46, 50, 62, 66, 98, 256, 268, 272, 452 and 456; Figs. 1, 2, 6-15. |

**Kikkerland's Proposed Claim Construction**

| Term | Definition | Support |
|---|---|---|
| Shelf | A thin, flat length of wood or other material fixed horizontally at right angles to a wall and used for holding things. | Webster's New World College Dictionary (4th Ed. 2007) at 1320.<br><br>Specification Col. 2, lines 41-44; Col. 3, lines 24-34; Col. 15 lines 11-14, 22-27.<br><br>Ref. 360, 372 (*see, e.g.*, Figs. 23, 25). |
| Step | A rest for the foot in climbing, as in a stair or the rung of a ladder. | Webster's New World College Dictionary (4th Ed. 2007) at 1404.<br><br>Specification Col. 2, lines 35-39, 41-44; Col. 3, lines 24-34, 51-56; Col. 4 lines 15-26; Col. 9 lines 36-40, 45-51; Col. 12 lines 5-13, 20-23, 25-33, 40-44; Col. 13 lines 25-30; Col. 17 lines 46-50; Col. 18 lines 23-26.<br><br>Ref. 94, 98, 102, 260, 264, 296 (*see, e.g.*, Figs. 1-2, 4, 6-15, 17-19).<br><br>Expert Rebuttal Report of Charles L. Mauro, CHFP, pp. 9-13 and Ex. A. |
| Edge | A line or line segment at which two plane surfaces meet. | Webster's New World College Dictionary (4th Ed. 2007) at 452.<br><br>Specification Col. 3 lines 28-34; Col. 4 lines 20-26; Col. 9 lines 36-40, 45-51; Col. 12 lines 25-33, 40-44.<br><br>Ref. 98, 102, 268, 272 (*see, e.g.*, 1-2, 4, 6-7, 10, 13, 17). |

**B&R's Proposed Claim Construction**

| Term/Phrase | Definition | Exemplary Support |
|---|---|---|
| "rotatably interconnected" | integrated attachment of two parts capable of swinging around a mutually shared axis | '184 Specification: Col 10 lns 32-59; Webster's New World Dictionary, 3rd College Edition, © 1988, pp. 295, 701, 703, 1168 |
| "support member" | A member that bears or carries weight | Webster's New World Dictionary, 3rd College Edition, © 1988, pp. 1345 |
| "non-folding support member" | A support member having no collapsible parts | Webster's New World Dictionary, 3rd College Edition, © 1988, pp. 523, 1345 |
| "hinge" | A jointed or flexible device on which a swinging part rotates | Webster's New World Dictionary, 3rd College Edition, © 1988, p. 638 |
| "plastic material" | A non-metallic, organic, material that is synthetically produced by polymerization | '184 Specification: Col 10 ln 60 – Col 11 ln 3; Webster's New World Dictionary, 3rd College Edition, © 1988, p. 1034 |
| "hard plastic material" | A plastic material that is durable and not easily dented | Webster's New World Dictionary, 3rd College Edition, © 1988, pp. 422, 613, 1034 |
| "member formed of a hard plastic material" | A member molded from a hard plastic material | '184 Specification: Summary of Invention; Col 3 ln 45 – Col 5 ln 14; Webster's New World Dictionary, 3rd College Edition, © 1988, pp. 422, 529, 613, 873, 1034 |
| "step" | A rest for the foot, including a lower edge of an aperture | '184 Specification: Col/ 2, lns. 33-44l Col. 9, lines 28-51; Figs. 6, reference nos. 98 and 102; and Figs. 7 and 17, reference no 260; Fig. 23, reference no 360 |
| "member formed of a hard plastic material and comprising at least a first step" | A member of hard plastic material that has at least one integrally molded step | '184 Specification: Col/ 2, lns. 33-44l Col. 9, lines 28-51; Figs. 6, reference nos. 98 and 102; and Figs. 7 and 17, reference no 260; Fig. 23, reference no 360; Summary of Invention; Col 3 ln 45 – Col 5 ln 14; Webster's New World Dictionary, 3rd College Edition, © 1988, pp. 422, 529, |

| Term/Phrase | Definition | Exemplary Support |
|---|---|---|
| | | 613, 873, 1034 |
| "hingedly interconnected" | integrated attachment of two parts capable of swinging around one another | '184 Specification: Col. 8 ln 6 – Col. 9 ln 16; Col 10 lns 32-59; Webster's New World Dictionary, 3rd College Edition, © 1988, pp. 529, 701, 703 873 |
| "projection" | A convex shape that juts out | Webster's New World Dictionary, 3rd College Edition, © 1988, p. 1075; '184 Specification: Col. 13 ln. 65 – Col. 14 lns 21; Fig. 16, reference no. 332 |
| "receptacle" | A concave indention that receives a projection | '184 Specification: Col. 13 ln. 65 – Col. 14 lns 21; Fig. 16, reference no. 332 |
| "wherein said first lateral portion and second lateral portion include at least one projection associated with an upper edge" | A first lateral portion and a second lateral portion each having a projection on their respective upper edges | '184 Specification: Col. 13 ln. 65 – Col. 14 lns 21; Fig. 16, reference no. 332 |
| "projection associated with an upper edge thereof for operable engagement within a corresponding receptacle" | engagement whereby a projection is inserted into a receptacle | '184 Specification: Col. 13 ln. 65 – Col. 14 lns 21; Fig. 16, reference no. 332 |
| "collapsible" | to fold or come together compactly | Webster's New World Dictionary, 3rd College Edition, © 1988, p. 274 |
| "underlying surface" | a surface below an object | Webster's New World Dictionary, 3rd College Edition, © 1988, pp. 1347, 1454 |
| "step or shelf" | A rest for the foot, including a lower edge of an aperture | '184 Specification: Col/ 2, lns. 33-44l Col. 9, lines 28-51; Figs. 6, reference nos. 98 and 102; and Figs. 7 and 17, reference no 260; Fig. 23, reference no 360 |
| "a table" | An article of furniture having a large flat upper surface | Webster's New World Dictionary, 3rd College Edition, © 1988, pp. 1360-61; '184 Specification: Col. 14, ln. 62 – Col. ln. 49; see Figs. 23, 25 |

Dated this 6th day of March, 2012.

Respectfully submitted,

*/s/ Glenn H. Lenzen*
Glenn H. Lenzen
David S. Steefel
Sudee Mirsafian Wright
HUSCH BLACKWELL LLP
1700 Lincoln Street, Ste 4700
Denver, Colorado 80203
T: (303)749-7200
F: (303) 749-7272
Glenn.Lenzen@HuschBlackwell.com
David.Steefel@HuschBlackwell.com
Sudee.Wright@HuschBlackwell.com
***Attorneys for Counter Claimant
Kikkerland Design, Inc.***

*/s/ D. Sean Velarde*
D. Sean Velarde
Trevor A. Crow
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers Green Circle, Ste 1000
Greenwood Village, Colorado 80111
T: (303) 796-2626
F: (303)796-2777
svelarde@bfw-law.com
tcrow@bfw-law.com
***Attorneys for Counter Defendant
B&R Plastics, Inc.***

*/s/ Todd P. Blakely*
Todd P. Blakely
Joseph E. Kovarik
Ian R. Walsworth
SHERIDAN ROSS P.C.
1560 Broadway, Ste 1200
Denver, Colorado 80202-5141
T: (303) 863-9700
F: (303) 863-0223
tblakely@sheridanross.com
jkovarik@sheridanross.com
iwalsworth@sheridanross.com
***Attorneys for Counter Defendants
Bradley Eveleth, Reed Henschel,
Foldz, LLC, and Tower Stools LLC***

DEN-28527-1                    7

8

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of March, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        s/ Lori R. Brown
                                        Lori R. Brown
                                        Assistant to Todd P. Blakely
                                        SHERIDAN ROSS P.C.
                                        1560 Broadway, Suite 1200
                                        Denver, CO  80202-5141
                                        Telephone:  303-863-9700
                                        Facsimile:  303-863-0223
                                        Email:  lbrown@sheridanross.com
                                        litigation@sheridanross.com